85 F.3d 612
 IBBM Credit Corporation
v.
Aompuhouse Systems, Inc., D & H Company, Inc., Tracy's
Trustworthy Hardware, Fayette Broadcasting, Corp.,WCVI/SPAR
Radio, Patti Hensel, Patricia C. Shavel, Manager/Propietor
Shavel Photography, Jeffrey K. RASCO, President Ad-Star, Inc.
 NO. 95-3263
 United States Court of Appeals,
Third Circuit.
 Apr 25, 1996
 
 1
 Appeal From: W.D.Pa., No. 94-CV-01323,
 
 179 B.R. 474
 
 2
 AFFIRMED.